UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RIGOBERTO ENRIQUE ISAZA,<br><br>                              Petitioner,<br>    v.<br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>                              Respondents. | Case No. 2:15-cv-00561-GMN-CWH<br><br>ORDER |

       On April 29, 2015, this court entered an order dismissing Rigoberto Enrique Isaza's *pro se* habeas petition under 28 U.S.C. § 2254 as improperly commenced (ECF No. 3), and judgment was entered (ECF No. 4). On January 21, 2016, Isaza filed what he styled a motion for abuse of discretion review as to the Department of Corrections (ECF No. 5). However, this action is closed, and this motion must be denied.

       As petitioner has been previously advised, if he wishes to file a petition for writ of habeas corpus he must either pay the filing fee or submit a completed application to proceed *in forma pauperis*, along with a habeas petition, both on the court's approved forms. Similarly, if Isaza wishes to file a 42 U.S.C. § 1983 civil rights complaint he must either pay the filing fee or submit a completed application to proceed *in forma pauperis*, along with a civil rights complaint, both on the court's approved forms.

**IT IS THEREFORE ORDERED** that petitioner's motion for abuse of discretion review (ECF No. 5) is **DENIED**.

DATED: 7 April 2016.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT